UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVNEESH KAKODKAR, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>Defendants. | Case No. 21-cv-02424-SK<br><br>**ORDER DENYING *EX PARTE* MOTION**<br><br>Regarding Docket Nos. 26, 28 |

The Court, having read and considered Plaintiffs' *Ex Parte* Motion to Extend the Summary Judgment Briefing Schedule and Set a Case Management Conference, Defendant's Response, and all other materials in this matter, hereby DENIES the Motion. Plaintiffs may later move under Federal Rule of Civil Procedure 56(d) if Defendants file a motion for summary judgment and if Plaintiffs believe they require additional documents or information in order to respond

**IT IS SO ORDERED**.

Dated: October 24, 2022

_____
SALLIE KIM
United States Magistrate Judge