UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVNEESH KAKODKAR, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>Defendants. | Case No.  21-cv-02424-SK<br><br>**AMENDED ORDER GRANTING ADMINISTRATIVE MOTION TO RESET BRIEFING SCHEDULE**<br><br>Regarding Docket No. 36 |

After considering Defendants' motion and good cause appearing, Defendants' motion to reset briefing schedule and hearing date is HEREBY GRANTED. Defendants will file a response to Plaintiffs' motion for summary judgment by November 18, 2022, Plaintiffs will file a reply by December 2, 2022, and Defendants will file a reply in support of their cross-motion for summary judgment, if any, by December 9, 2022. The hearing date for the parties' cross motions for summary judgment is set for January 9, 2023, at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: November 4, 2022

_____
SALLIE KIM
United States Magistrate Judge